# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-244-52784 | | CASE TYPE   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>September 9, 2005 | PRIORITY DATE<br>May 3, 2002 | PETITIONER<br>NEXTANCE INC |
| NOTICE DATE<br>February 27, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>DRONAM RAJU, MARUTHI RAO |

| NEXTANCE INC<br>C/O KYLE BOWKER PRESIDENT AND CEO<br>1600 SEAPORT BLVD 4 FL<br>REDWOOD CITY CA 94063 | Notice Type:  Approval Notice<br>Section: Mem of Profession w/Adv Deg,or<br>of Exceptn'l Ability<br>Sec.203(b)(2) |
|---|---|

Courtesy Copy: Original sent to: GONZAGA, CHRISTINA M

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# EXHIBIT 2

**I-797C, Notice of Action**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-05-244-52769 | **CASE TYPE:** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>September 9, 2005 | **PRIORITY DATE** | **APPLICANT**<br>DRONAM RAJU, MARUTHI RAO |
| **NOTICE DATE**<br>September 12, 2005 | **PAGE**<br>1 of 1 | |

| | |
|---|---|
| CHRISTINA M. GONZAGA<br>FRAGOMEN DEL REY BERNSEN & LOEWY L<br>RE: MARUTHI RAO DRONAM RAJU<br>2804 MISSION COLLEGE BLVD 2 FL<br>SANTA CLARA CA 95054 | **Notice Type:**   Receipt Notice<br><br>Amount received: $  385.00<br><br>Section: Other basis for adjustment |

**Receipt notice**   If any of the above information is incorrect, call customer service immediately.

**Processing time**   Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics** - (fingerprint, photo, signature)
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment. For hearing impaired, TDD assistance call 1.800.767.1833. It is important that you schedule your appointment. We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state   issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-05-244-52759 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>September 9, 2005 **PRIORITY DATE** | **APPLICANT**<br>CHALICHEEMALA, PRASANTHI |
| **NOTICE DATE**<br>September 12, 2005 **PAGE** 1 of 1 | |

CHRISTINA M. GONZAGA
FRAGOMEN DEL REY BERNSEN & LOEWY L
RE: PRASANTHI CHALICHEEMALA
2804 MISSION COLLEGE BLVD 2 FL
SANTA CLARA CA 95054

**Notice Type:** Receipt Notice

**Amount received: $  385.00**

**Section: Other basis for adjustment**

**Receipt notice**   If any of the above information is incorrect, call customer service immediately.

**Processing time**   Processing times vary by kind of case.
    You can check our current processing time for this kind of case on our website at uscis.gov.
    On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
    Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
    We will notify you by mail when we make a decision on this case, or if we need something from you.
    If you move while this case is pending, call customer service when you move.
    Processing times can change.  If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status.  Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates.  For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics - (fingerprint, photo, signature)**
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1-800-375-5283 to schedule your appointment.  For hearing impaired, TDD assistance call 1-800-767-1833.  It is important that you schedule your appointment.  We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state   issued photo identification card.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Form I-797C (Rev. 01/31/05) N

# EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797 Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-244-52769 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIPT DATE September 9, 2005 | PRIORITY DATE | APPLICANT DRONAM RAJU, MARUTHI RAO |
| NOTICE DATE March 6, 2007 | PAGE 1 of 1 | |

MARUTHI RAO DRONAM RAJU
2992 BARRINGTON TERRACE
FREMONT CA 94536

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

        Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315 5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE  I485  APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| WAC-05-244-52759 | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| September 9, 2005 | | CHALICHEEMALA, PRASANTHI |

| NOTICE DATE | PAGE |
|---|---|
| March 6, 2007 | 1 of 1 |

PRASANTHI CHALICHEEMALA
2992 BARRINGTON TERRACE
FREMONT CA 94536

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797 (Rev. 01/31/05) N

# EXHIBIT 4

# Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 03/14/2006 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0524452759 | 3 | WSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
PRASANTHI CHALICHEEMALA
2992 BARRINGTON TERRACE
FREMONT, CA 94536

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND | 03/28/2006 |
| 2040 TELEGRAPH AVE. | 8:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
WAC0524452759

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

# Fingerprint Notification

| | NOTICE DATE<br>03/14/2006 |
|---|---|

| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|

| APPLICATION NUMBER<br>WAC0524452769 | CODE<br>3 | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS
MARUTHI RAO DRONAM RAJU
2992 BARRINGTON TERRACE
FREMONT, CA 94536

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND, CA 94612 | 03/28/2006<br>8:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WAC0524452769

| WARNING! |
|---|
| *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.* |

# EXHIBIT 5

THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|
| WAC0524452769 | | 5/24/2007 |

| CASE TYPE | | | | |
|---|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | | |

| SOCIAL SECURITY NUMBER | USCIS A# | | CODE |
|---|---|---|---|
| | | | 1 |

| TCR | | SERVICE CENTER | PAGE |
|---|---|---|---|
| | | NSC | 1 of 1 |

MARUTHI RAO DRONAM RAJU
2992 BARRINGTON TERRACE
FREMONT, CA 94536



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

APPLICATION SUPPORT CENTER

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

DATE AND TIME OF APPOINTMENT
06/12/2007
3:00 PM

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

APPLICATION NUMBER 1

I485  .  WAC0524452769



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | | NOTICE DATE |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | WAC0524452759 | | 5/24/2007 |
| | SOCIAL SECURITY NUMBER | USCIS A# | CODE 1 |
| | TCR | SERVICE CENTER NSC | PAGE 1 of 1 |

PRASANTHI CHALICHEEMALA
2992 BARRINGTON TERRACE
FREMONT, CA 94536





To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS OAKLAND | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 2040 TELEGRAPH AVE. | **DATE AND TIME OF APPOINTMENT** |
| OAKLAND, CA 94612 | 06/12/2007 |
| | 3:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

APPLICATION NUMBER 1

I485    -  WAC0524452759

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# EXHIBIT  6

## Maruthi Dronamraju

**From:** CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:** Monday, June 26, 2006 1:38 PM
**To:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Unfortunately, your background security/name checks have not yet cleared by the FBI as of this date. We regret to inform you that until the result is received the USCIS must suspend further processing on these cases. Thank you for your continued patience with this process. Please take note of the following for future inquiries regarding your case:

The California Service Center (CSC) does not accept inquiries from the general public via email. All inquiries must be submitted to the National Customer Service Center by calling *1-800-375-5283*. The National Customer Service Center will route your inquiry to the appropriate USCIS District Office or Service Center, and will track your inquiry to a final resolution. If you've received a transfer notice regarding your case please inform the National Customer Service Center at the time you submit your inquiry. The National Customer Service Center is available Monday through Friday, 8:00 AM to 5:00 PM, PST.

Officer R. Cruz
California Service Center
Congressional & Customer Service Relations
Division XII

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Wednesday, June 07, 2006 8:06 AM
**To:** CSC XII 485
**Cc:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Dear Mr. T Le,

Thank you for your response during our last communication. We sincerely appreciated your acton. We have responded to the RFE, and the CSC received the response on 06/02/06.

Please let us know the status of the following two I-485 applications:

**Dronam Raju, Maruthi Rao**
**WAC-05-244-52769**

&

**Chalicheemala, Prasanthi**
**WAC-05-244-52759**

Thank you for your high attention to this matter.

Regards,

Maruthi

10/8/2007

**From:** CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
**Sent:** Mon 5/1/2006 3:04 PM
**To:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Dear Maruthi Dronamraju,
    A response to our initial request for evidence was received on April 27, 2006. However, after review, the assigned officer needed additional evidence on these cases. Please allow 14-21 days for the "Additional Request for Evidence" notice mailed out to the applicants.

T LN
California Service Center

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Wednesday, April 05, 2006 1:48 PM
**To:** CSC XII 485
**Subject:** RE: Status of I-485 Application for Self and Spouse

Dear Mr. M Bueno:

We sincerely appreciated your timely response during the last communication.

I would like to know the status of the following two I-485 applications:

**Dronam Raju, Maruthi Rao**
**WAC-05-244-52769**

&

**Chalicheemala, Prasanthi**
**WAC-05-244-52759**

Our **PD has become current on April 1st 2006**. We responded to FP (RFE) on 3/28/2006 . We have also learned from FBI  that FP results are processed and a response is issued back to USCIS.  As our PD became current on April 1st 2006, We request you to **kindly approve** our cases.

Thank you for your high attention to this matter.

Best regards,

Maruthi Rao.

-----Original Message-----
**From:** CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
**Sent:** Thursday, March 16, 2006 2:39 PM

10/8/2007

**To:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Both I-485 applications need additional evidence. A request has been mailed out on 03/14/06. Respond
to the request for additional evidence as soon as possible so that a final decision can be made

M. Bueno

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Sunday, March 12, 2006 5:33 PM
**To:** 485, Csc-XII
**Subject:** Status of I-485 Application for Self and Spouse

Dear Sir/Madam,

I would like to know the status of the following two I-485 applications:

**Dronam Raju, Maruthi Rao**
**WAC-05-244-52769**

&

**Chalicheemala, Prasanthi**
**WAC-05-244-52759**

We have not received any communications regarding **Finger Printing**.
We would appreciate the information regarding the status of the **Name Check** on the above
mentioned I-485 Applications.

Thank you for your high attention to this matter.

Best regards,
Maruthi Rao.

**Maruthi Dronamraju**

**From:**     CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:**     Tuesday, October 10, 2006 1:56 PM
**To:**     Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

**The Principal applicant's I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated. The Service has NO control over how long it takes FBI to clear the case.**

*Officer Bueno
Division 12
California Service Center*

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Saturday, September 30, 2006 10:00 AM
**To:** CSC XII 485
**Cc:** Maruthi Dronamraju
**Subject:** Status of I-485 Application for Self and Spouse

Dear Sir/Madam,

Recently we learnt from FBI, that our Name/Background Security checks are completed as of June 21st 2006. Also Visa Numbers are available for my case (PD May 2002) effective from Oct 2006.

We would like to know the status of the following two I-485 applications:

**Dronam Raju, Maruthi Rao**
**WAC-05-244-52769**

&

**Chalicheemala, Prasanthi**
**WAC-05-244-52759**

We Appreciate you kind attention in this matter.

Best Regards,
Maruthi Rao Dronam Raju
Prasanthi Chalicheemala

10/8/2007

**Maruthi Dronamraju**

**From:** CSC XII 485 [CSC-XII.485@dhs.gov]
**Sent:** Thursday, November 02, 2006 4:47 PM
**To:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Dear Maruthi Rao Dronamraju,

USCIS records indicate that the FBI name check on A99 050 261 is still pending as of this day. Please note the Service has no control over how long it takes FBI to clear the case. Once the file has been cleared by FBI, the file will be adjudicated. Thank you for your continued patience with this process.

Sincerely,

Officer C. Chen
California Service Center
USCIS

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Thursday, October 19, 2006 1:49 PM
**To:** CSC XII 485
**Cc:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

Hi Bueno,

**Thanks** for your timely response.

Earlier I have requested the assistance from Senator **Barbara Boxer** to make an enquiry **with FBI** regarding the **Name Check** for **Myself and my Wife**. Recently we learnt from the Senator's office that **My Name check was cleared as of June 20th 2006** and the **results were communicated back to** USCIS Washington office on the same day.

Given the above case, and my **Priority Dates are current**, I request your **kind attention** into this matter and a subsequent **approval** of our cases.

The following are the Case Details:

Dronam Raju, Maruthi Rao
WAC-05-244-52769

&

Chalicheemala, Prasanthi
WAC-05-244-52759
Thanks in Advance
**Maruthi Rao Dronam Raju &**
**Prasanthi Chalicheemala**

10/8/2007

-----Original Message-----
**From:** CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
**Sent:** Tuesday, October 10, 2006 1:56 PM
**To:** Maruthi Dronamraju
**Subject:** RE: Status of I-485 Application for Self and Spouse

**The Principal applicant's I-485 is still pending FBI name check clearance. Once the file has been cleared by FBI, all the riding applicants and principal will be adjudicated. The Service has NO control over how long it takes FBI to clear the case.**

*Officer Bueno*
*Division 12*
*California Service Center*

**From:** Maruthi Dronamraju [mailto:maruthi@nextance.com]
**Sent:** Saturday, September 30, 2006 10:00 AM
**To:** CSC XII 485
**Cc:** Maruthi Dronamraju
**Subject:** Status of I-485 Application for Self and Spouse

Dear Sir/Madam,

Recently we learnt from FBI, that our Name/Background Security checks are completed as of June 21st 2006. Also Visa Numbers are available for my case (PD May 2002) effective from Oct 2006.

We would like to know the status of the following two I-485 applications:

**Dronam Raju, Maruthi Rao**
**WAC-05-244-52769**

&

**Chalicheemala, Prasanthi**
**WAC-05-244-52759**

We Appreciate you kind attention in this matter.

Best Regards,
Maruthi Rao Dronam Raju
Prasanthi Chalicheemala

# EXHIBIT 7

## Maruthi Dronamraju

| | |
|---|---|
| **From:** | Hoshstrasser, Kathy [khoshstrasser@seyfarth.com] |
| **Sent:** | Thursday, January 04, 2007 8:04 AM |
| **To:** | Maruthi Dronamraju |
| **Subject:** | RE: M. Dronamraju |
| **Importance:** | High |
| **Attachments:** | Maruthi.pdf |

Good morning Maruthi:

Happy New Year to you and your family. In a discussion that I had with the USCIS, they continued to state that the adjustment applications are being held for completed security checks. Not only is there an FBI and CIA clearance check, the fingerprints are also sent to a fraud unit and an extended review unit. Even though the FBI and CIA security checks have cleared per the response received by Senator Boxer, the fingerprints are with the fraud and extended review units. Unfortunately, the officer could not provide a timeframe when all clearances would be completed.

On another track, my colleague, Gail Harris, forwarded to you the documents needed to extend your and your wife's EAD cards and Advance Parole documents in October. To date, she has not received them from you. I am attaching these forms again for you. Please print the forms, sign and date them, and return them to me by Tuesday, January 9th along with the following:

1. Copies of your and your wife's I-94 cards (which you received at your last entry into the United States)
2. Copies of your and your wife's EAD cards
3. Copies of your and your wife's Advance Parole documents
4. 4 passport-style photographs of you
5. 4 passport-style photographs of your wife

Let me know if you have any questions.

Best regards,
Kathy

Kathryn M. Hoshstrasser
Sr. Business Immigration Specialist
Seyfarth Shaw LLP
1545 Peachtree St., N.E., Suite 700
Atlanta, Georgia 30309
Direct Dial: (404) 885-6686
Fax: (404) 885-6685
e-mail: khoshstrasser@seyfarth.com

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

10/8/2007

This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution. or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error. please reply immediately to the sender that you have received the message in error. and delete it. Thank you.

# EXHIBIT  8

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

September 27, 2006

Mr. Maruthi Rao Dronam Raju
2992 Barrington Ter
Fremont, California 94536

Dear Mr. Raju:

Enclosed please find the correspondence Senator Boxer received from the Federal Bureau of Investigation in response to her inquiry on your behalf.

I hope this information is of assistance to you.

Sincerely,

*Luma C. Macias*

Lucia C. Macias
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
213-894-5000

501 I STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

1130 O STREET
SUITE 2450
FRESNO, CA 93721
(559) 497-5109

600 B STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH E STREET
SUITE 210
SAN BERNARDINO, CA 9240
909-888-8525

PRINTED ON RECYCLED PAPER

**Macias, Lucia (Boxer)**

| | |
|---|---|
| From: | |
| Sent: | Wednesday, September 27, 2006 12:44 PM |
| To: | Macias, Lucia (Boxer) |
| Subject: | Name Check Request |

I am responding to your facsimile dated July 20, 2006, concerning the name check status of Maruthi Raju for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Maruthi revealed that the request was received from the United States Citizenship and Immigration Services (USCIS), processed on September 16, 2005, and finalized on June 21, 2006. The results have been sent to USCIS in Washington, D.C.

I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov. This site provides excellent information on the name check process.

Sincerely,

Michael A. Cannon
Section Chief
National Name Check Program
Records Management Division
Federal Bureau of Investigation

BARBARA BOXER
CALIFORNIA

COMMITTEES
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

July 20, 2006

Mr. Maruthi Rao Dronam Raju
2992 Barrington Ter
Fremont, California 94536

Dear Mr. Raju:

Thank you for your recent correspondence to Senator Boxer requesting assistance on an immigration problem.

I have sent an inquiry to the Federal Bureau of Investigation. However, due to the sensitive nature of security clearances, our office is unable to request expeditious processing of your name check. The inquiry will only reveal the status of your case.

The average time for an agency response is approximately eight weeks. If you do not hear from our office after eight weeks, please call me at (415) 403-0100.

Thank you for writing.

Sincerely,

Lucia C. Macias
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

# EXHIBIT 9

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



## U.S. Citizenship and Immigration Services

Tuesday, November 21, 2006

MARUTHI RAO DRONAM RAJU
2992 BARRINGTON TERRACE
FREMONT CA 94536

Dear MARUTHI RAO DRONAM RAJU:

On 10/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-05-244-52759 |
| **Beneficiary (if you filed for someone else):** | DRONAM RAJU, MARUTHI RAO. |
| **Your USCIS Account Number (A-number):** | |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

In reference to the receipt number provided, the processing of this case has been delayed. A check of our records establishes that this case is not yet ready for decision, as the required investigation into the principal applicant's background remains open.

Until the background investigation is completed, we cannot move forward on this case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 11-21-2006 04:29 PM EST - WAC-05-244-52759



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship
and Immigration
Services**

Friday, February 16, 2007

MARUTHI DRONAM RAJU
2992 BARRINGTON TERRACE
FREMONT CA 94536

Dear maruthi dronam raju:

On 01/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | wac-05-244-52769 |
| **Beneficiary (if you filed for someone else):** | dronam raju, maruthi |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-16-2007 05:04 PM EST - wac-05-244-52769

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, February 21, 2007

PRASANTHI CHALICHEEMALA
2992 BARRINGTON TERRACE
FREMONT CA 94536

Dear prasanthi chalicheemala:

On 01/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

**Caller indicated they are:** A Paralegal or Other Employee of the Attorney of Record

**Attorney Name:** Information not available

**Case type:** I485

**Filing date:** Information not available

**Receipt #:** wac-05-244-52759

**Beneficiary (if you filed for someone else):** chalicheemala, prasanthi

**Your USCIS Account Number (A-number):** Information not available

**Type of service requested:** Case Status - Outside Processing Time

The status of this service request is:

You will be receiving a notice from us within 60 days about a possible new location where the case will be finalized. If you do not receive notification about this case within 60 days of the date of this letter, contact customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-21-2007 07:16 PM EST - wac-05-244-52759

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Thursday, August 23, 2007

PRASANTHI CHALICHEEMALA
2992 BARRINGTON TERRACE
FREMONT CA 94536

Dear prasanthi chalicheemala:

On 06/27/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Paralegal for Applicant/Petitioner's Atty or Rep |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | wac-05-244-52759 |
| **Beneficiary (if you filed for someone else):** | chalicheemala, prasanthi |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

You are a derivative of the principal applicant?s case. Since you are a derivative of the principal applicant, your case cannot be worked until there has been a decision on the principal's case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-23-2007 11:11 AM EDT - wac-05-244-52759

# EXHIBIT 10

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-512L, Authorization for Parol
of an Alien Into the United State**

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued |
|---|---|---|---|

**January 18, 2006**

**DRONAM RAJU,  MARUTHI RAO**

A#                                    WAC0602450266

Date of Birth (Month/Day/Year)      Country of Birth      (City or Town)      (State or Province)      (Country)

**INDIA**

U.S. Address  (Apt number and/or in care of)      (Street Number and Name)      (City)      (State or Province)      (Zip/Postal Code)

**2992 BARRINGTON TERRACE, FREMONT CA  94536**

**TRAVEL AUTHORIZATION:**  Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:**  The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____ **January 17, 2007** _____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.**  Each parole period shall not exceed one year from the date of parole at the port-of-entry.

      X        Approved

               Conditions/comments:

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.**  Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.**  In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.**  If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.**  If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677

_D. J. fed_

Donald Neufeld

(Authorizing Office)

**Parole Stamp**



Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-512L, Authorization for Parole of an Alien Into the United States

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued |
|---|---|---|---|

**DRONAM RAJU, MARUTHI RAO**

Date Issued: **October 18, 2006**

A# WAC0627951179

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|

**INDIA**

| U.S. Address (Apt number and/or in care of) | (Street Number and Name) | (City) | (State or Province) | (Zip/Postal Code) |
|---|---|---|---|---|

**2992 BARRINGTON TERRACE, FREMONT CA 94536**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____October 17, 2007_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

X    Approved

Conditions/comments:

---

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

---

Donald Neufeld

California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677
(Authorizing Office)

Mar 02 2008
DA - I512L
AOS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-512L, Authorization for Parole
of an Alien Into the United States**

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued | |
|---|---|---|---|---|
| | | | **January 18, 2006** | |

CHALICHEEMALA, PRASANTHI

A# **WAC0602450271**

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|

**INDIA**

| U.S. Address (Apt number and/or in care of) | (Street Number and Name) | (City) | (State or Province) | (Zip/Postal Code) |
|---|---|---|---|---|

**2992 BARRINGTON TERRACE, FREMONT CA 94536**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to **January 17, 2007** allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

X    Approved

Conditions/comments:

---

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

---

California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677

(Authorizing Office)

Donald Neufeld

**Parole Stamp**



Form I-512L (Rev. 08/31/05)1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-512L, Authorization for Parole of an Alien Into the United States**

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued | October 18, 2006 |
|---|---|---|---|---|

**CHALICHEEMALA, PRASANTHI**

A#

Date of Birth (Month/Day/Year)   Country of Birth   (City or Town)   (State or Province)   (Country)

**INDIA**                                                                                    WAC0627951176

U.S. Address (Apt number and/or in care of)   (Street Number and Name)   (City)   (State or Province)   (Zip/Postal Code)

**2992 BARRINGTON TERRACE, FREMONT CA 94536**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____ **October 17, 2007** _____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

    [X]   Approved

    [ ]   Conditions/comments:

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Donald Neufeld

California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677
(Authorizing Office)



Form I-512L (Rev. 08/31/05)Y

# EXHIBIT 11

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME    DRONAM RAJU, MARUTHI RAO



A#
CARD #  WAC0602450072
Birthdate    Category    Sex
          C09         M

Fingerprint
not
available

Country of Birth
India

Terms and Conditions
None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 01/30/06          01/29/07



U.S. DEPARTMENT OF HOMELAND SECURITY, U. S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  **DRONAM RAJU, MARUTHI RAO**

A#

CARD # WAC0627951189

Birthdate   Category    Sex

A-C09       M

Country of birth

India

Terms and conditions

None

fingerprint
not
available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 01/30/07        01/29/08



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  CHALICHEEMALA, PRASANTHI

A# ...
CARD # WAC0602450083
Birthdate    Category    Sex
              C09         F

Country of Birth
India

Terms and Conditions
None

fingerprint
not
available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 01/30/06          01/29/07



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  CHALICHEEMALA, PRASANTHI

A#

CARD #  WAC0627951183

Birthdate    Category    Sex
                              F

fingerprint
not
available

Country
India

Terms and Conditions
None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM  01/30/07    01/29/08