AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | October 30, 2007 |
| Name of SERVER  Judy Shing | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☒    Other *(specify):*

On October 30, 2007, summons was served by U.S. Certified Mail to:
Emilio Gonzales
Director of United States Citizenship & Immigration Services
US Department of Homeland Security, Washington, DC 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/30/2007_
　　　　　　　　*Date*

_____
*Signature of Server*

**LAW OFFICE OF TRICIA WANG
39159 PASEO PADRE PARKWAY
SUITE #205
FREMONT, CA  94538**

*Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio Gonzalez
Director of the US CIS
US DHS
Washington DC
20528

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

DHS    11-7-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)

7006 0100 0003 0443 8846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

*Maruthi DRONAM RAJU*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**LAW OFFICE OF TRICIA WANG**
**39159 PASEO PADRE PARKWAY**
**SUITE #205**
**FREMONT, CA  94538**