**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARUTHI RAO DRONAM RAJU and
PRASANTHI CHALICHEEMALA,

    Plaintiffs,

  v.

MICHAEL B. MUKASEY, Attorney General
of the United States, et al.,

    Defendants.
_____/

No. C 07-05477 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on February 15, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 17, 2008 and a reply brief shall be filed by no later than January 24, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 2, 2008

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE