1 **Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
2 39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
3 Telephone: (510) 791-0232
Fax: (510) 791-5609

4 Attorney for Plaintiffs:   Maruthi Rao DRONAM RAJU
                             And his wife Prasanthi CHALICHEEMALA
5

6 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
7 **SAN JOSE, CALIFORNIA**

8

| | |
|---|---|
| Maruthi Rao DRONAM RAJU<br>And his wife Prasanthi CHALICHEEMALA<br><br>       Plaintiffs,<br><br>vs.<br><br>Peter Keisler, Acting Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations<br><br>       Defendants | Case No. C-07-5477 JSW<br><br>MOTION TO CLOSE THE CASE; AND [PROPOSED] ORDER |

The Plaintiffs Maruthi Rao DRONAM RAJU and his wife Prasanthi CHALICHEEMALA (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby respectfully petition this Honorable Court to close their case filed on October 26, 2007 without prejudice.

Respectfully submitted,

Date: January 18, 2008           ____/s/_____
                                 Tricia Wang
                                 Attorney for Plaintiffs

1

1

2 **ORDER**

3  Pursuant to the motion by the Plaintiffs, IT IS SO ORDERED.

4

5  Dated: January _____, 2008          _____
                                          Jeffrey S. White
6                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28