**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiffs:    Maruthi Rao DRONAM RAJU
                            And his wife Prasanthi CHALICHEEMALA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE, CALIFORNIA

| | |
|---|---|
| Maruthi Rao DRONAM RAJU<br>And his wife Prasanthi CHALICHEEMALA<br><br>    Plaintiffs,<br><br>vs.<br><br>Peter Keisler, Acting Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations<br><br>    Defendants | Case No. C-07-5477 JSW<br><br>MOTION TO CLOSE THE CASE; AND [~~PROPOSED~~] ORDER |

The Plaintiffs Maruthi Rao DRONAM RAJU and his wife Prasanthi CHALICHEEMALA (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby respectfully petition this Honorable Court to close their case filed on October 26, 2007 without prejudice.

Respectfully submitted,

Date: January 18, 2008              ____/s/_____
                                     Tricia Wang
                                     Attorney for Plaintiffs

1

1

2 **ORDER**

3   Pursuant to the motion by the Plaintiffs, IT IS SO ORDERED.

4

5   Dated: January __17__, 2008    _____
                                    Jeffrey S. White
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28